DI DOMENICO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Amelia Di Domenico, as administratrix, etc., of Salvatore Di Domenico, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, on the ground that the plaintiff did not show any such established crossing as made it the duty of the defendant to give warning of the approach of trains, and also that there is no proof that the injury was caused by the failure of the defendant to give signal of the ap-

proach of the train, and a new trial granted, with costs to appellant to abide event.

KELLOGG and COCHRANE, JJ., concur in result.